# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WASHINGTON PENN PLASTIC CO., INC., | : : : | CIVIL ACTION |
| | : | No.: 2:23-cv-01198-RJC |
| Plaintiff, | : : | |
| v. | : : | ***JURY TRIAL DEMANDED*** |
| THE PHOENIX INSURANCE COMPANY AND TRAVELERS PROPERTY CASUALTY COMPANY, | : : : : | **Electronically Filed and Served** |
| Defendants. | : : | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and among the parties, that this action shall be dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, each party to bear its own costs and fees.

Respectfully submitted,

| | |
|---|---|
| STRASSBURGER McKENNA GUTNICK & GEFSKY | USERY & ASSOCIATES |
| /s/ David A. Strassburger | /s/ Michael E. Buckley |
| David A. Strassburger | Michael E. Buckley |
| Pa. ID. No. 76027 | |
| Four Gateway Center, Suite 2200 | P.O. Box 2996 |
| 444 Liberty Avenue | Hartford, CT 06104-2996 |
| Pittsburgh PA 15222 | (917) 778-6680 – Tel. |
| (412) 281-5423 Tel. | (844) 571-3789 - Fax |
| (412) 281-8264 Fax | Mbuckle4@travelers.com |
| dstrassburger@smgglaw.com | |
| gmoore@smgglaw.com | *(Counsel for Defendants)* |
| *(Counsel for Plaintiffs)* | |